UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __24-3037__

Caption [use short title]

Motion for: __Permission to file oversized petition. Motion is unopposed.__

**In Re: Carlos Watson**

Set forth below precise, complete statement of relief sought:
__Petitioners seek permission to file petition for a writ of mandamus thats exceeds the usual word count__

MOVING PARTY: __Carlos Watson and OZY Media, Inc.__  OPPOSING PARTY: __United States of America__

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: __Andrew J. Frisch__  OPPOSING ATTORNEY: __Amy Busca__
[name of attorney, with firm, address, phone number and e-mail]

__The Law Offices of Andrew J. Frisch, PLLC__   __US Attorney's Office__
__40 Fulton Street, 17th Floor, NY. NY 10038__  __271 Cadman Plaza East, Brooklyn, NY 11201__
__212-285-8000 afrisch@andrewfrisch.com__  __718-254-6293; Amy.Busca@usdoj.gov__

Court- Judge/ Agency appealed from: __EDNY (Komitee, U.S.D.J.)__

Please check appropriate boxes:   FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                  INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below? ☐Yes ☐No
☑ Yes ☐ No (explain): _____  Has this relief been previously sought in this court? ☐Yes ☐No
                                  Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney:
__/s/ Andrew J. Frisch__  Date: __11/20/2024__  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------- x
Carlos Watson and OZY Media, Inc.,

        Petitioner,

   - v -                                     Case No. 24-3037

United States of America

        Respondent.
-------------------------------------------------- x

## DECLARATION IN SUPPORT OF MOTION FOR OVERSIZED PETITION

Andrew J. Frisch declares as follows pursuant to 28 U.S.C. §1746:

1. I am counsel to Petitioners Carlos Watson and OZY Media, Inc., who are filing a Petition for a Writ of Mandamus. I respectfully submit this declaration in support of Petitioners' motion to file a petition that exceeds the usual word count.

2. The length of the Petition is a consequence of the importance of the issue to the litigants and to the administration of justice in this Circuit. We endeavored to be concise and avoid repetition but the underlying facts are intricate and atypical. We believe that the Court is best served by a Petition that lays out the law and the facts that will facilitate the Court's efficient consideration of the Petition and its resolution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2024

>Respectfully submitted,
>
>*/s/ Andrew J. Frisch*
>The Law Offices of Andrew J. Frisch PLLC
>40 Fulton Street, 17th Floor
>New York, New York 10038
>(212) 285-8000
>
>*Attorney for Petitioners*

Prepared by PrintingHouse Press, Ltd. 10 East 39th Street, New York, NY 10016
Tel No: (212) 719-0990 Fax No: (212) 398-9253

STATE OF NEW YORK )
COUNTY OF NEW YORK ) SS

Willie Addison, Being duly sworn, deposes and says that deponent is not party to the action, and is over 18 years of age.

That on 11/21/2024 deponent caused to be served 1 copy(s) of the within

**Copy of Revised Motion for Permission to File Oversized Brief**

upon the attorneys at the address below, and by the following method:

**By Overnight Delivery**

**Hon. Eric R. Komitee**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**
**Phone: 718-254-7000**
**andrew_jackson@nyed.uscourts.gov**

**By Overnight Delivery**

**Jonathan Siegel**
**U.S. ATTORNEY'S OFFICE,**
**EASTERN DISTRICT OF NY**
**Attorneys for Respondent**
**271 Cadman Plaza East**
**Brooklyn, NY 11201**
**Phone: 718-254-7000**

*[signature: Kevin Ayala]*

**Sworn to me this**
Thursday, November 21, 2024

KEVIN AYALA
Notary Public, State of New York
No. 01AY6207038
Qualified in New York County
Commission Expires 7/13/2025

*[signature: Willie]*

**Case Name:** United States of America v. Carlos Watson (2)

**Docket/Case No:** 24-

**Index:** 1:23-cr-00082